RECEIVED
FEB - 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES LIPFORD | CIVIL ACTION NO. 13-2858 |
| VERSUS | JUDGE DEE D. DRELL |
| BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the motion to remand (Doc. 7) is GRANTED.

IT IS FURTHER ORDERED that the case is remanded to the 10th Judicial District Court, Natchitoches Parish, State of Louisiana.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 3rd day of February, 2014.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT